FILED

03/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0090



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0099

IN RE THE MARRIAGE OF:

ROSEMARIE McCABE

        Petitioner and Appellee,

v.

MICHAEL McCABAE,

        Respondent and Appellant.

<u>SECOND</u>
ORDER OF MEDIATOR APPOINTMENT

On March 14, 2022, Robert Cross Guns was appointed as Mediator. She has since informed this office that she must decline the appointment.

ACCORDINGLY, the appointment of Ms. Cross Guns is rescinded, and: IT IS ORDERED THAT **CURTIS THOMPSON**, whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 14th day of March, 2022.

                            Bowen Greenwood,
                        Clerk of the Supreme Court

c:     Jeffrey Ferguson, Dana Henkel, Meghan Sutton and Curtis Thompson